# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-1965

———————————————

ANDY J. BRADLEY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

August 2, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy J. Bradley, pro se, Appellant.

Ashley Moody, Attorney General, and Anne Catherine Conley, Assistant Attorney General, Tallahassee, for Appellee.